**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11cv296**

| | | |
|---|---|---|
| **POLLIN PATENT LICENSING, LLC**<br>**and AUTOSCRIBE CORPORATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **BB&T CORPORATION, BRANCH**<br>**BANKING AND TRUST COMPANY,**<br>**and BB&T FINANCIAL, FSB,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10]. For good cause shown, the Court will grant the Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10] is **GRANTED**, and this case is hereby **TRANSFERRED** to the Eastern District of North Carolina for further proceedings.

**IT IS SO ORDERED.**

Signed: January 6, 2012

Martin Reidinger
United States District Judge

Case 1:11-cv-00296-MR   Document 11   Filed 01/06/12   Page 2 of 2