# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv296

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, and BB&T FINANCIAL, FSB, )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10]. For good cause shown, the Court will grant the Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10] is **GRANTED**, and this case is hereby **TRANSFERRED** to the Eastern District of North Carolina for further proceedings.

**IT IS SO ORDERED.**

Signed: January 6, 2012

Martin Reidinger
United States District Judge